Argued November 8—decided November 8, 1972

HOLLIE TURBERT *v.* MATHER MOTORS, INC., ET AL.

The motion by the defendants Mather Motors, Inc., and David Smith to dismiss as to them the appeal of the defendant James F. Daley from the judgment of the Superior Court in New Haven County is granted.

*David M. Reilly, Jr.,* for the defendants Mather Motors, Inc., and Smith.

*Louis M. Winer,* for the defendant Daley.

Argued November 8—decided November 8, 1972